No. 65604.—Bonwit Teller, Inc. v. United States, protests 58/22223 and 59/25411 (New York).

Opinion by FORD, J. In accordance with stipulation of counsel that the merchandise consists of nylon knit outerwear similar in use to silk knit outerwear and following *United States* v. *Steinberg Bros.* (47 C.C.P.A. 47, C.A.D. 727), the claim of the plaintiff was sustained.